Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Defendant
North American Title Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-01782-APG-BNW<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3 ("Christiana Trust") and defendant North American Title Insurance Company ("North American"), by and through their counsel of record, hereby stipulate as follows:

**WHEREAS**, Christiana Trust filed its complaint in this matter on October 14, 2019 (ECF No. 1);

**WHEREAS**, Christiana Trust served the complaint upon North American on January 6, 2020;

**WHEREAS**, North American's response to the complaint is currently due on January 27, 2020;


EARLY
SULLIVAN
WRIGHT
GIZER &
McRAE LLP
ATTORNEYS AT LAW

1
STIPULATION AND PROPOSED ORDER

**WHEREAS**, North American's counsel was recently retained and requests additional time to respond to the complaint.

**WHEREAS**, Christiana Trust does not oppose North American's request for an extension.

**WHEREAS**, this is the first stipulation for an extension of North American's time to respond to the complaint.

Now, therefore, the parties hereto, by and through their counsel of record, hereby stipulate and agree as follows:

1. North American shall file its response to the complaint on or before February 11, 2020.

2. North American intends to preserve its right and does not expressly waive any and all defenses listed in Fed. R. Civ. P. 12(b).

Dated this 27th day of January 2020
      EARLY SULLIVAN WRIGHT
      GIZER & McRAE LLP

       */s/--Sophia S. Lau*
      By:_____
      Sophia S. Lau, Esq.
      Nevada Bar No. 13365
      8716 Spanish Ridge Avenue, Suite 105
      Las Vegas, Nevada 89148

      Attorneys for Chicago Title Insurance Company

Dated this 27th day of January 2020
      WRIGHT, FINLAY & ZAK, LLP

       */s/--Lindsay D. Robbins*

      By: _____
      Lindsay D. Robbins, Esq.
      Nevada Bar No. 13474
      7785 W. Sahara Ave., Suite 200
      Las Vegas, NV 89117

      Attorneys for Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3

      **<u>ORDER</u>**

      **IT IS SO ORDERED:**

Dated:_1/30/2020_____
      By:_____
      THE HON. BRENDA WEKSLER
      UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER


EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of EARLY SULLIVAN WRIGHT GIZER & McRAE, LLP and that on January 27, 2020, the foregoing **STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT** was served on all parties and counsel identified on the CM/ECF System via Electronic Notification, including on the following counsel:

Lindsay Robbins
WRIGHT FINLAY & ZAK, LLP
7785 W. SAHARA AVE, STE 200
Las Vegas, NV 89117

*/s/-D'Metria Bolden*
D'METRIA BOLDEN

