Scott E. Gizer, Nevada Bar No. 12216
   *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
   *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
   GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Defendant
NORTH AMERICAN TITLE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-01782-CDS-BNW<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Defendant North American Title Insurance Company ("NATIC") and Plaintiff Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its Individual Capacity but as Trustee of ARLP Trust 3 ("Christiana Trust"), by and through their counsel of record, hereby stipulate and agree as follows:

///

///

///

///

574255.1

1
      **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed in its

2
entirety with prejudice with each party to bear its own fees and costs.

3

4
DATED this 26th day of April, 2024.        DATED this 26th day of April, 2024.

5

6
EARLY SULLIVAN WRIGHT        WRIGHT, FINLAY & ZAK, LLP
GIZER & McRAE LLP

7
By: */s/--Scott E. Gizer*        By: */s/-- Yanxiong Li*

8
Scott E. Gizer, Esq.        Darren T. Brenner, Esq.
Nevada Bar No. 12216        Nevada Bar No. 8386

9
8716 Spanish Ridge Avenue, Suite 105    Lindsay D. Dragon, Esq.
Las Vegas, Nevada 89148        Nevada Bar No. 13474

10
*Attorneys for Defendant, North American*   Yanxiong Li, Esq.
*Title Insurance Company*        Nevada Bar No. 12807

11
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117

12
*Attorneys for Plaintiff, Christiana Trust, a*
*Division of Wilmington Savings Fund Society,*

13
*FSB, not in its Individual Capacity but as*
*Trustee of ARLP Trust 3*

14

15

16
      Based on the parties' stipulation, this case is dismissed with prejudice, with each party to

17
bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

18

19
_____
UNITED STATES DISTRICT JUDGE

20

21
DATED:  April 29, 2024

22

23

24

25

26

27

28



**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**